■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RALPH N. WILLIAMS, Appellant. (Appeal No. 2.) [971 NYS2d 924]— Appeal from a resentence of the Supreme Court, Erie County (Richard C. Kloch, Sr., A.J.), rendered September 2, 2011. Defendant was resentenced upon his conviction of rape in the first degree, rape in the second degree and endangering the welfare of a child.

It is hereby ordered that the resentence so appealed from is unanimously affirmed.

Same memorandum as in *People v Williams* (110 AD3d 1458

[2013]). Present—Scudder, P.J., Centra, Lindley and Whalen, JJ.